OCT 0 1 2007

U.S. DISTRICT COURT
WHEELING, WV 26003

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RYANN RUCKMAN,

    Plaintiff,

vs.

SMOKEY MOUNTAIN KNIFE WORKS, INC., C.A.S. IBERIA, INC. AND SHELDON RUCKMAN,

    Defendant.

CASE NO. : 5:07-CV-21
Judge Stamp

### PROPOSED ORDER GRANTING JOINT MOTION TO EXTEND TIME IN WHICH TO DISCLOSE EXPERTS

Whereupon on a previous day came the parties, by their respective counsel, and came Sheldon Ruckman, *pro se*, and represented to the Court that a joint agreement had been made by and between them to extend certain deadlines previously set by this Court's March 30, 2007 Scheduling Order. Hearing no objection thereto and finding that the interest of justice will be served by the proposed relief, this Court does hereby modify and amend its previous Scheduling Order as follows:

1. Discovery deadline - November 15, 2007;
2. Rule 35 Examinations and all inspections deadline- October 15, 2007;
3. Expert Disclosure by the plaintiff- September 20, 2007;
4. Expert Disclosure by the defendants- October 1, 2007;
5. Rebuttal Experts are due- October 7, 2007; and
6. Dispositive motions due by November 1, 2007, memorandums in opposition due by November 15, 2007, reply memorandums by November 23, 2007.
7. No other deadlines established in the March 30, 2007 Order are modified.

Entered this 1st day of October, 2007.

*/s/ Frederick P. Stamp*
Honorable Judge Frederick P. Stamp

Seen and Approved By:


__/s/ Thomas E. White__
Thomas E. White, Esq. (W. Va. Bar No. 4022)
White Law Offices
604 6th Street
Moundsville, WV 26041
*Counsel for Plaintiffs*


__/s/ Mark A. Kepple__
Mark A. Kepple (W. Va. Bar No. 7470)
BAILEY & WYANT PLLC
1219 Chapline Street
Wheeling, WV 26003
*Counsel for Defendant Smokey Mountain Knife Works, Inc.*


__/s/ Heather M. Thayer__
Heather M. Thayer, Esq. (W. Va. Bar No. 8576)
Pullin, Fowler, & Flanagan P.L.L.C.
2424 Cranberry Square
Morgantown, WV 26508
*Counsel for C.A.S. Iberia, Inc.*


_____
Sheldon Ruckman
300 Clark Street
New Martinsville, WV 26155
sruckman@charter.net
*Pro Se Plaintiff*