IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RYANN RUCKMAN,

    Plaintiff,

v.                             Civil Action No. 5:07CV21
                                         (STAMP)
SMOKEY MOUNTAIN KNIFE WORKS, INC.,
C.A.S. IBERIA, INC. and
SHELDON RUCKMAN,

    Defendants.

**ORDER RESCHEDULING TRIAL**

    For reasons appearing to the court, it is hereby ORDERED that the trial in this civil action be RESCHEDULED. Accordingly, jury selection in this action shall be held on **January 9, 2008 at 8:30 a.m.** at Wheeling, West Virginia. Trial will commence upon the completion of jury selection in any other case scheduled for this date. This case is presently the _first_ case on the trial docket for that week.

    All other dates contained in the previous scheduling order entered in this case shall remain in effect.

    The Clerk is directed to transmit copies of this order to counsel of record herein.

    DATED: November 16, 2007

                                        /s/ Frederick P. Stamp, Jr.
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE